UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

EARL PATRICK,

                              Plaintiff,

        -against-

LOCAL UNION NO. 282,
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, AFL-CIO,

                              Defendants.
-------------------------------------------------------------------X

JUDGMENT
99-CV- 8314 (NGG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ SEP 1 2 2005 ★

BROOKLYN OFFICE

        A Memorandum and Order of Honorable Nicholas G. Garaufis, United States

District Judge, having been filed on September 9, 2005, granting summary to Local 282 on

the sole issue of whether Local 282 retaliated against plaintiff for engaging in protected

activities; it is

        ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and

that summary judgment is granted to Local 282 on the sole issue of whether Local 282

retaliated against plaintiff for engaging in protected activities.

Dated:  Brooklyn, New York
        September 12, 2005

                                              _____
                                              ROBERT C. HEINEMANN
                                              Clerk of Court